

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00265-CV

**DON KRUEGER CONSTRUCTION CO.**,
Appellant

v.

**POTEET INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-03-00196-CVA-A
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: August 26, 2020

DISMISSED

Appellant has filed an unopposed motion to dismiss the appeal pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1). The motion is granted; this appeal is dismissed. *See* TEX. R. APP.

P. 42.1(a)(1); 43.2(f). Costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM